```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -        07 Cr. 459 (JGK)

IPHIEL REID and BASHIRI WALSH,        SPEEDY TRIAL ORDER

    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **December 7, 2007** at **3:00 p.m.**

    Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 2, 2007,** until **December 7, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:     New York, New York
           November 2, 2007

                                                John G. Koeltl
                                         United States District Judge