```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------

UNITED STATES OF AMERICA,

- against -                                07 Cr. 459 (JGK)

IPHIEL REID and BASHIRI WALSH,             SPEEDY TRIAL ORDER

             Defendant.
---------------------------------

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **February 1, 2008 at 2:30 p.m.**

Because an adjournment is needed to allow for the Government to make discovery and for the defendant to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 7, 2007,** until **February 1, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         December 7, 2007

                                    _____
                                          John G. Koeltl
                                    United States District Judge