USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                    07 cr 459 (JGK)

            -against-

                                           **SPEEDY TRIAL ORDER**

IPHIEL REID and BASHIRI WALSH,
                              Defendant.

-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, May 23, 2008 at 11:00am**

before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **May 23, 2008** in calculating the

speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because

the ends of justice served by such a continuance outweigh the best interest of the public and the

defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                       _____
                                                **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           May 1, 2008