LAW OFFICES

# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE

NEW YORK, NY 10022

www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR

CAROLYN BARTH RENZIN
EDWARD J. JOYCE
MARY MARGULIS-OHNUMA
KATIE M. LACHTER
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/19/2008

**VIA FACSIMILE**

August 15, 2008

Honorable John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten: SENTENCING ADJOURNED TO FRIDAY, OCTOBER 3, 2008 AT 3:00PM]*

*[handwritten: SO ORDERED. 8/18/08  [signature]  USDJ]*

Re:    USA v. Bashiri Walsh, 07-cr-459

Dear Judge Koeltl:

*[handwritten: Defense submission due 9/22/08. Government submission due 9/29/08.]*

We represent Bashiri Walsh in the above-captioned matter. Mr. Walsh's sentencing is presently scheduled for September 5, 2008, at 10:00am. I am writing to request an adjournment of the sentencing until October 3, 2008. On October 3rd, we are available for sentencing anytime before 12:00pm and after 3:00pm (your chambers told us that we would be scheduled at 2:30pm on October 3rd, but we have a court appearance at 2:00pm and respectfully request that the sentencing be adjourned to a different time on October 3rd).

This is our first request for an adjournment of the sentencing; we are requesting this adjournment because of a scheduling conflict for defense counsel, and so that we will have sufficient time to prepare Mr. Walsh's sentencing submission.

We have spoken to AUSA David O'Neill, and the government consents to this adjournment.

Sincerely,

James A. Mitchell
Nathaniel I. Kolodny